JULY 3, 2000

No. 99–1676. DICKERSON *v.* ALACHUA COUNTY BOARD OF COUNTY COMMISSIONERS. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1.

JULY 6, 2000

No. 99–10071 (99A1073). CLAGETT *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JULY 12, 2000

No. 00A26. YOUNG *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.